CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08−cv−01117−CBA−VVP

Borkowski et al v. Davol Inc. et al
Assigned to: Judge Carol B. Amon
Referred to: Magistrate Judge Viktor V. Pohorelsky
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 03/18/2008
Date Terminated: 04/24/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Steve Borkowski** represented by **Stephanie Hatzakos**
Milberg LLP
One Penn Plaza
New York, NY 10119
212−946−9386
Fax: 212−273−4314
Email: shatzakos@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Borkowski** represented by **Stephanie Hatzakos**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**

**Defendant**

**C.R. Bard Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2008 | Ï 1 | COMPLAINT against Davol Inc., C.R. Bard Inc. $ 350, filed by Steve Borkowski, Cheryl Borkowski. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 03/18/2008) |
| 03/24/2008 | Ï 2 | WAIVER OF SERVICE Returned Executed by Davol Inc., C.R. Bard Inc.. Steve Borkowski waiver sent on 3/19/2008, answer due 5/19/2008; Cheryl Borkowski waiver sent on 3/19/2008, answer due 5/19/2008. (Hatzakos, Stephanie) (Entered: 03/24/2008) |
| 04/01/2008 | Ï 3 | NOTICE of Change of Firm Name by Stephanie Hatzakos (Hatzakos, Stephanie) (Entered: 04/01/2008) |
| 04/24/2008 | Ï 4 | Letter from the Judicial Panel on MDL's regarding CTO−18 case to be transferred to RI for further proceedings. (Clarke, Melonie) (Entered: 04/24/2008) |

| | | |
|---|---|---|
| 04/24/2008 | Ï | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent; transfered electronically. (Clarke, Melonie) (Entered: 04/24/2008) |